IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| BERNARD THORNTON, | * |
| Petitioner, | * |
| vs. | * |
| | CASE NO. 4:11-CV-23 (CDL) |
| GLEN JOHNSON, Warden, | * |
| Respondent | * |

ORDER ON RECOMMENDATION OF DISMISSAL
BY UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation of Dismissal filed by the United States Magistrate Judge on April 26, 2011 is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have been considered and are found to be without merit.

The Court further finds that Petitioner has failed to make a substantial showing of the denial of a constitutional right. Therefore, to the extent Petitioner seeks a Certificate of Appealability that application is DENIED.

IT IS SO ORDERED, this 27th day of July, 2011.

s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE